DANIEL R. PEKERA, ADMINISTRATOR (ESTATE OF CHARLENE WALKER), ET AL. *v.* DAVID PURPORA ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 80 Conn. App. 685 (AC 23546), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court did not abuse its discretion in not permitting the plaintiffs to amend their complaint?"

The Supreme Court docket number is SC 17133.

*John D. Jessep,* in support of the petition.

*Jeffrey R. Babbin,* in opposition.

Decided February 11, 2004

DIANE S. BUSQUE *v.* OAKWOOD FARMS SPORTS CENTER, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 603 (AC 23666), is denied.

*Eric D. Eddy,* in support of the petition.

*Michelle D. Killion,* in opposition.

Decided February 11, 2004